ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 4 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| STEVEN MOXLEY, ID # 1266577, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:05-CV-0038-B |
| ) | |
| DR. JOHNSON, et al., ) | |
|     Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** plaintiff's motion to proceed *in forma pauperis*. By separate judgment, the Court dismisses this action for the failure of plaintiff to comply with an order of the Court.

SIGNED this 14th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE